■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND CLYDE, Appellant. [967 NYS2d 862]—Appeal from a judgment of the Cayuga County Court (Robert B. Wiggins, A.J.), rendered February 1, 2012. The judgment convicted defendant, upon a jury verdict, of attempted rape in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Lindley, Whalen and Martoche, JJ.